No. 3337. — Cabrera, Aplte., *v.* Bank of Nova Scotia, Apldo.—C. D. San Juan, Distrito 1°.  Dic. 18, 1924.  Apareciendo que la prueba sostiene la conclusión a que llegó la corte sentenciadora, a saber, que el accidente ocurrió a virtud de la negligencia del demandante que no debió haber entrado en el puente de que se trata ocupado ya plenamente por el carro de la demandada dados su estrechez y mal estado de conservación que le eran conocidos, no pudiendo pedirse a la demandada que se colocara más a la derecha pues la baranda de ese lado del puente está podrida y su chofer pudo racionalmente concluir que si se acercaba más a la ori-

lla podía el auto caer al río; *se confirma la sentencia recurrida.*